IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

IN RE: ADVOCACY RESOURCES )
CORPORATION, )
 )
    Debtor, ) NO. 2:09-0068
 ) JUDGE HAYNES
v. )
 )
MICHAEL E. COLLINS, )
Chapter 11 Trustee, )
 )
    Plaintiff, )
 )
v. )
 )
COMMITTEE FOR PURCHASE FROM PEOPLE )
WHO ARE BLIND OR SEVERELY DISABLED, )
 an agency of the United States of America; )
TERESA LASSETER, administrator of the )
Farm Service Agency; and UNITED STATES )
DEPARTMENT OF AGRICULTURE, an agency )
of the United States of America, )
 )
    Defendants. )

## O R D E R

Before the Court is the Bankruptcy Judge's Report and Recommendation (Docket Entry No. 2) to which Defendants have filed objections and moved for de novo review. (Docket Entry Nos. 1-3 and 1-4). The debtor In re Advocacy Resource Corporation and Michael E. Collins, the Chapter 11 Trustee, have filed a response. (Docket Entry No. 1-5). The Defendants' motion for de novo review is **GRANTED**.

After independently reviewing the Bankruptcy Judge's findings and conclusions of law and the entire record, and for reasons stated in the Memorandum filed herewith, the Committee's

objections are **OVERRULED**. The Court **ADOPTS** the Bankruptcy Judge's findings, conclusions and recommendation.

Accordingly, this action is **REMANDED** to the Committee to reconsider all relevant factors and information, including ARC's historical costs on its pricing decision for ARC's production of VegOil for the AbilityOne Program consistent with the history of the AbilityOne Program and the Committee's responsibilities under the Javits-Wagner-O'Day Act, 41 U.S.C. § 46-48c.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 13th day of July, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge